■ OHIO FARMERS INDEMNITY INSURANCE COMPANY, Respondent, v. MIRIAM BROTZ, as Administratrix of the Estate of SAMUEL BROTZ, Deceased, Appellant, et al., Defendants.— Action by the insurer on an automobile liability policy against its insured and others 'for a judgment declaring that it is not obligated to defend two tort actions against its insured, the defendant Lott, nor to pay any judgments which may be rendered against him therein, and for other relief. The action is based on the ground that the issuance of the policy was induced by the insured's misrepresentations of material facts as to where he resided and garaged his vehicle. The appeal is from án order denying the motion of appellant, the plaintiff in one of the actions against the insured, to dismiss the complaint as insufficient in law. Appellant contends that the misrepresentations were not material, and that respondent has an adequate remedy at law and is estopped by reason of having assumed the defense of negligence actions brought against its insured. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur. [See *post*, p. ——.]

■ THE PEOPLE· OF THE STATE OF NEW YORK, Respondent, v. WALTER MICHALOWSKI, Appellant.— Appeal from an order of the County Court, Queens County, denying appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment of said court alleged to have been rendered October 27, 1949 convicting him of attempted rape in the first degree. The application was made on a claim that appellant did not have a public trial. The application was denied on the ground that this was a matter of record and therefore *coram nobis* was not the proper remedy. Order unanimously affirmed. No opinion. Present—Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.